**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DIXON LAW, *et al.*,**<br><br>**Petitioners,**<br><br>**v.**<br><br>**ERIC POWELL, *et al.*,**<br><br>**Respondents.** | **Civil Action No. 26-1101 (JEB)** |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Petitioners' [4] First Amended Petition to Vacate the Arbitration Award is DENIED;
2. Respondents' [6] Motion to Confirm the Amended Arbitration Award is GRANTED;
3. Judgment is ENTERED in favor of Respondents against Petitioners in the amount of $1,633,728.40, as well as pre-judgment interest that has accrued on that amount from the date of the Final Award to this day, calculated pursuant to C.R.S. § 5-12-102(1)(b), at the rate of eight percent, compounded annually;
4. Post-judgment interest shall accrue at the rate set forth in 28 U.S.C. § 1961; and
5. Respondents shall submit an interest calculation and an updated proposed form of judgment by September 16, 2026.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: September 2, 2026