**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DIXON LAW, LLC, AND ERIC DIXON,

Petitioners,

v.

ERIC POWELL AND RICHARD GRAY,

Respondents.

Civil Case No.: 1:26-cv-01101-JEB

**[~~PROPOSED~~] JUDGMENT**

For the reasons stated in the Court's September 2, 2026 Order, ECF No. 11, and Memorandum Opinion, ECF No. 12, and adopting the calculations in Respondents' Summary of Calculations for Proposed Form of Judgment, ECF No. 13, it is hereby

**ORDERED** that Judgment is entered in favor of Respondents, Eric Powell and Richard Gray, and against Dixon Law, LLC and Eric Kenneth Dixon, a/k/a, Eric K. Dixon and Eric Dixon, jointly and severally, effective as of September 2, 2026, in the following amount:

One million six hundred seventy-nine thousand five hundred sixty-two and thirty-one cents United States dollars ($1,679,562.31 U.S. dollars).

It is further

**ORDERED** that post-judgment interest shall begin to accrue starting from September 2,

2026, at the rate of 4.05 percent (4.05%) computed daily and compounded annually pursuant to 28 U.S.C. § 1961 until the Judgment is paid in full.

**SO ORDERED.**

/s/

JAMES E. BOASBERG
Chief Judge

Date: September 3, 2026